MILLER et al. v. PETROLEUM IRON WORKS CO. (Circuit Court of Appeals, Sixth Circuit. October 14, 1918.) No. 3177. In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. H. B. Gill, of Philadelphia, Pa., and G. P. Gillmer, of Warren, Ohio, for plaintiffs in error. Osborne Mitchell, of Sharon, Ohio, and T. I. Gillmer, of Warren, Ohio, for defendant in error.

PER CURIAM. Dismissed on motion of defendant in error.

---

MILLER v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 131. In Error to the District Court of the United States for the Eastern District of New York. Criminal prosecution by the United States against Lena Miller. Judgment of conviction, and defendant brings error. Affirmed. Paul Kahan, of Brooklyn, N. Y., for plaintiff in error. Melville J. France, U. S. Atty., of Brooklyn, N. Y. (Charles J. Buchner, Sp. Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

PENNSYLVANIA CO. v. BALES. (Circuit Court of Appeals, Sixth Circuit. March 5, 1919.) No. 3237. In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. Squire, Sanders & Dempsey and T. M. Kirby, all of Cleveland, Ohio, for plaintiff in error. Anderson & Lamb and J. J. Tetlow, all of Youngstown, Ohio, for defendant in error.

PER CURIAM. Dismissed on motion of plaintiff in error.

---

PERKINS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 14, 1919.) No. 3228. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Abe Cohn, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn., for the United States.

PER CURIAM. Dismissed on motion of plaintiff in error.

---

PERKINS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit, January 14, 1919.) No. 3229. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Abe Cohn, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn., for the United States.

PER CURIAM. Dismissed on motion of plaintiff in error.

---

RUDOLF v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 121. In Error to the District Court of the United States for the Eastern District of New York. Criminal prosecution by the United States against John Rudolf. Judgment of conviction, and defendant brings error. Affirmed. A. S. Drescher, of Brooklyn (Isadore Oshlag, of Brooklyn, on the brief), for plaintiff in error. Melvin J. France, of Brooklyn, U. S. Atty., and Vine H. Smith, Asst. U. S. Atty., of New York City. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

SEARS v. CITY OF AKRON. (Circuit Court of Appeals, Sixth Circuit. April 11, 1918.) No. 2853. Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. Carroll G. Walter and John L. Wells, both of New York City, for appellant. Scott Kenfield, City Atty., of Akron, Ohio, Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, and Jonathan Taylor, of Akron, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation.